UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 16-cv-5384 |
| ERIC J. KELLOGG, | ) ) ) |
| Defendant. | ) ) |

___

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT AGAINST DEFENDANT ERIC J. KELLOGG**

Plaintiff, U.S. Securities and Exchange Commission (the "SEC"), respectfully moves this Court for entry of Final Judgment by consent against Defendant Eric J. Kellogg ("Kellogg"). The SEC has filed a civil complaint against Kellogg. (*See* Docket Entry No. 1) Kellogg has agreed to resolve this matter by the entry of a final judgment. (*See* Exhibit A, Consent of Eric J Kellogg). Accordingly, the SEC now submits a proposed Final Judgment against Kellogg. (*See* Exhibit B, proposed Final Judgment as to Kellogg).

WHEREFORE, the SEC respectfully requests that this Court: (i) grant this motion; (ii) enter a Final Judgment by consent against Defendant Eric J. Kellogg; and (iii) award such other and further relief as this Court deems just.

Dated: May 19, 2016						Respectfully submitted,


						**/s/*Eric M. Phillips***_____
						Eric M. Phillips
						U.S. Securities and Exchange Commission
						175 W. Jackson Blvd., Suite 900
						Chicago, Illinois  60604
						(312) 353-7390

						*Attorneys for the Plaintiff, the United States Securities and Exchange Commission*

# **CERTIFICATE OF SERVICE**

I, Eric M. Phillips, an attorney, being duly sworn, state on oath that on May 19, 2016, I caused Plaintiff's Motion for Entry of Final Judgment by Consent Against Defendant Eric J. Kellogg to be served upon the following counsel by email at:

Tiffany M. Ferguson
T.M. Ferguson & Co.
222 South Morgan Street, Suite 3B
Chicago, IL 60607
tm@tmfergusonandco.com

Attorney for Defendant Eric J. Kellogg


/s/ Eric M. Phillips_____
Eric M. Phillips